In the Matter of the Claim of JOSEPH MARRA, Respondent, against SUSPENSION BRIDGE BOTTLING COMPANY and Another, Appellants.

STATE INDUSTRIAL BOARD, Respondent.

PER CURIAM. There is no evidence supporting the finding that during the period of this award the claimant was " totally and permanently disabled." On the contrary, there is substantial evidence that he had earning capacity. One previous award has been made fixing his earning capacity at fifteen dollars per week and another fixing it at fifty per cent, namely, eighteen dollars per week. There is no evidence that his earning capacity was less during the period of this award than during the period of the two previous awards in which his earning capacity was recognized. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur. Award reversed and claim remitted, with costs against the State Industrial Board to abide the event.

In the Matter of the Claim of HERMAN GEFERS, Respondent, against NEW YORK WINDOW CLEANING COMPANY, and Another, Appellants.

STATE INDUSTRIAL BOARD, Respondent.*

PER CURIAM. The Board has made three schedule awards to run consecutively; this is not permitted under the provisions of section 15, subdivision 3, of the Workmen's Compensation Law. (*Matter of Marhoffer* v. *Marhoffer*, 220 N. Y. 543; *Pinski* v. *Superior Fireproof Door & Sash Co.*, 209 App. Div. 305; *Hinley* v. *Brooklyn Heights R. R. Co.*, 215 id. 857.) If the multiple injuries result in a greater aggregate disability than a loss of use of any one member, for which a schedule award can be made, an award may be made under paragraph u of subdivision 3. (*Matter of Bernstein* v. *Hoffman*, 219 App. Div. 152; *Matter of Quinn* v. *Fanning, Inc.*, 221 id. 687; *Matter of Schaeffer* v. *Buffalo Steel Car Co.*, Id. 808; *Matter of Rubenstein* v. *Pechter Baking Co.*, ante, p. 324, decided herewith.) Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur. Award reversed and claim remitted, with costs against the State Industrial Board to abide the event.

---

* Affd., 249 N. Y. 433.